1 | Lincoln D. Bandlow, Esq. (CA #170449)
lincoln@bandlowlaw.com
2 | LAW OFFICES OF LINCOLN BANDLOW, PC
1801 Century Park East, Suite 2400
3 | Los Angeles, CA 90067
Tel.: (310) 556-9680
4 | Fax: (310) 861-5550

5 | *Attorney for Plaintiff*
*Strike 3 Holdings, LLC*

IT IS SO ORDERED

*Judge Yvonne Gonzalez Rogers*

9/21/2021

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

STRIKE 3 HOLDINGS, LLC,

             Plaintiff,

vs.

JOHN DOE subscriber assigned IP address
67.169.159.216,

             Defendant.

Case Number: 4:21-cv-04729-YGR

Honorable Yvonne Gonzalez Rogers

**PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 67.169.159.216**

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe subscriber assigned IP address 67.169.159.216 are voluntarily dismissed without prejudice.

      Dated:  September 10, 2021

Respectfully submitted,
By: */s/ Lincoln D. Bandlow*
Lincoln D. Bandlow, Esq.
LAW OFFICES OF LINCOLN BANDLOW, PC
*Attorney for Plaintiff*

1